IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

PALWINDER KHEHRA,              )
                              )
                Petitioner,    )        No. C 06-58-EJM
                              )
        vs.                    )        ORDER
                              )
UNITED STATES,                 )
                              )
                Respondent.    )

This matter is before the court on the Notice of Appeal filed in this matter on November 7, 2006, and on a resisted Consolidated Motion to Appoint Counsel, Grant "Next Friend" Status to Ernest Glenn Ambort, and Reopen the Judgment. Motion denied, certificate of appealability denied.

On October 7, 2003, Palwinder Khehra was convicted of violations of federal drug laws. The conviction was affirmed following appeal. US v. Khehra, 396 F3d 1027 (8th Cir. 2005). Khehra then sought relief pursuant to 28 USC §2255, which was denied on October 4, 2006. On November 7, 2006, a Notice of Appeal was filed in this matter.

Pursuant to FRAppP 22(b)(1), if an applicant for relief under 28 USC §2255 files a Notice of Appeal, the district court must either issue a certificate of appealability pursuant to 28 USC §2253, or state why a certificate should not issue. On its face the Notice of Appeal appears to have been prepared and sent to the court by Ernest Ambort, a prisoner other than Khehra. The notice was not signed by Khehra, nor does it bear

any indicia of having been authorized by Khehra, and it does not affirmatively appear that Khehra is aware of the instant filings. As the Notice of Appeal bears no indicia of having been authorized or signed by Khehra, the court declines to issue a certificate of appealability thereon.

Turning to the instant "Consolidated Motion...," this motion was filed Ernest Ambort. On this record it is the court's view that there exists no basis to permit Ambort to proceed on Khehra's behalf, and therefore the motion shall be denied.

It is therefore

ORDERED

1. Consolidated Motion denied.

2. Certificate of Appealability denied in accordance with the text of this order.

December 18, 2006.


_____
Edward J. McManus, Judge
UNITED STATES DISTRICT COURT